**Xing JIANG, Petitioner,**

v.

**Alberto R. GONZALES, Attorney General, Respondent.**

**No. 05–1199.**

United States Court of Appeals, Fourth Circuit.

Submitted July 25, 2005.

Decided Aug. 12, 2005.

---

* The maximum penalty for Anderson's offense was ten years of imprisonment. *See* 21 U.S.C. § 841(b)(1)(D).

Gary J. Yerman, New York, New York, for Petitioner. Peter D. Keisler, Assistant Attorney General, Terri J. Scadron, Assistant Director, Robbin K. Blaya, Office of Immigration Litigation, United States Department of Justice, Washington, D.C., for Respondent.

Before NIEMEYER, TRAXLER, and SHEDD, Circuit Judges.

Petition denied by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Xing Jiang, a native and citizen of China, seeks review of an order of the Board of Immigration Appeals (Board) denying his motion to reconsider the Board's denial of his motion to reopen his removal proceedings. We have reviewed the administrative record and conclude that the Board did not abuse its discretion in denying Jiang's motion. See 8 C.F.R. § 1003.2 (2005).

We accordingly deny the petition for review. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*PETITION DENIED*